# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DARRYL SIGMON,<br>　　　　Petitioner,<br>vs.<br>SCOTT KERNAN, Warden,<br>　　　　Respondent. | Case No. CV 06-5807 AHM (JWJ)<br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the applicable statute of limitations.

DATED: May 27, 2009

_____
A. HOWARD MATZ
United States District Judge